UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

5055 Broadway L.P.,

                  Plaintiff,

-against-

Hugo Estaban Rodrigues et al.,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2021

1:21-cv-00488 (SDA)

ORDER FOR
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

      The parties are directed to appear for a telephone conference on Monday, March 15, 2021, at 2:00 p.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:      New York, New York
                 March 8, 2021

                                                   _____
                                                     STEWART D. AARON
                                                     United States Magistrate Judge