UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

5055 Broadway L.P.,

                Plaintiff,

-against-

Hugo Estaban Rodrigues et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2021

1:21-cv-00488 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The telephone conference presently scheduled for Wednesday, April 14, 2021 at 2:00 p.m. (*see* ECF No. 32) is hereby adjourned to Wednesday, April 21, 2021, at 2:00 p.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
               March 31, 2021

_____
STEWART D. AARON
United States Magistrate Judge